**EXHIBIT 2:** INFRINGEMENT #1
URL:
https://www.facebook.com/primetimeabc/posts/pfbid02m1DKr8G5hHQvowkQuaW9T19KrnZ6V1kh3BcPW
YY7Nv2e83yK5xTYAp6Qhv76i2dhl



**EXHIBIT 2:** INFRINGEMENT #2
URL: https://www.facebook.com/photo?fbid=1321837099945638&set=pcb.1321839229945425



**EXHIBIT 2:** INFRINGEMENT #3

URL: https://www.facebook.com/photo?fbid=1321837069945641&set=pcb.1321839229945425



**EXHIBIT 2:** INFRINGEMENT# 4
URL: https://www.facebook.com/photo?fbid=1293886826073999&set=pcb.1293886896073992



**EXHIBIT 2:** INFRINGEMENT# 5
URL: https://www.instagram.com/p/DKzvh5KtRxM/

